# EXHIBIT A



**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. __2024   4480__

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

PRINCESS-CAT-EL
PLAINTIFF

vs

LABCORP
DEFENDANT

900 Brentwood RD NE #91043
Address (No Post Office Boxes)

69 First Ave
Address (No Post Office Boxes)

Washington DC 20090
City   State   Zip Code

Raritan NJ 08869
City   State   Zip Code

202/351-7496
Telephone Number

_____
Telephone Number

princess.cat-el@dc.gov
Email Address (optional)

_____
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

I submitted an alcohol and drug urinalysis for the Department of Public Works. Labcorp unlawfully tested my urine for things outside of the 5 Narcotics that were required for testing. Attached is typed copy of my complaint.

2. What relief are you requesting from the Court? Include any request for money damages.

I am requesting $4,000,000 in Punitive Damages. I am also requesting that the initial urine samples be sent to a Lab of my choosing or by choice of the District Department of Public Works.

Form CA-3074 [Rev. Nov. 2017]   1   Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

I am seeking $4,000,000 in Punitive Damages because Labcorp has intentionally jeopardized my livelihood, career and CDL.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

PRINCESS-CAY-EL UCCY-308
**SIGNATURE**

July 18, 2024
**DATE**

Subscribed and sworn to before me this 18th day of July 20 24.

_____
(Notary Public/Deputy Clerk)

2

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

**INFORMATION SHEET**

Plaintiff(s): PRINCESS-CAM-EL

vs

Defendant(s): LABCORP

Case Number: 2024 4480

Date: July 18, 2024

☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| Telephone No.:   DC Bar No.: | ☑ Self (Pro Se) |
| | ☐ Other: |

TYPE OF CASE:  ☐ Non-Jury   ☐ 6 Person Jury   ☑ 12 Person Jury
Demand: $_____   Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: 9:14-3699-ZMG   Judge: Richard Mark Gergel   Calendar #:
06-15-2021

Case No.: _____   Judge: _____   Calendar #: _____

**NATURE OF SUIT:** *(Check One Box Only)*

**CONTRACT**
- ☑ Breach of Contract (CAM)
- ☐ Breach of Warranty
- ☐ Condo/Homeowner Assn. Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS. SUB**
- ☐ Debt Collection
- ☐ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- ☐ Breach of Contract
- ☐ Discrimination
- ☐ Wage Claim
- ☐ Whistle Blower
- ☐ Wrongful Termination

**REAL PROPERTY**
- ☐ Condo/Homeowner Assn. Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement
- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader
- ☐ Other
- ☐ Quiet Title
- ☐ Specific Performance

- ☐ **FRIENDLY SUIT**
- ☐ **HOUSING CODE REGULATIONS**
- ☐ **QUI TAM**
- ☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
- ☐ Administrative Search Warrant
- ☐ App. for Entry of Jgt. Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☑ Libel of Information (CAM)
- ☐ Master Meter
- ☐ Petition Other

- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**
- ☑ Medical – Other (CAM)
- ☐ Wrongful Death

☐ APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT

**AGENCY APPEAL**
- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☐ Other Agency Appeal

CV-496/February 2023

# Information Sheet, Continued

| CIVIL ASSET FORFEITURE | TORT |
|---|---|
| ☐ Currency | ☑ Abuse of Process |
| ☐ Other | ☐ Assault/Battery |
| ☐ Real Property | ☐ Conversion |
| ☐ Vehicle | ☐ False Arrest/Malicious Prosecution |
| **NAME CHANGE/VITAL RECORD AMENDMENT** | ☐ Libel/Slander/Defamation |
| ☐ Birth Certificate Amendment | ☐ Personal Injury |
| ☐ Death Certificate Amendment | ☐ Toxic Mass |
| ☐ Gender Amendment | ☐ Wrongful Death (Non-Medical Malpractice) |
| ☐ Name Change | |

| GENERAL CIVIL | | STATUTORY CLAIM |
|---|---|---|
| ☐ Accounting | ☐ Product Liability | ☐ Anti–SLAPP |
| ☐ Deceit (Misrepresentation) | ☐ Request for Liquidation | ☐ Consumer Protection Act |
| ☐ Fraud | ☐ Writ of Replevin | ☐ Exploitation of Vulnerable Adult |
| ☐ Invasion of Privacy | ☐ Wrongful Eviction | ☐ Freedom of Information Act (FOIA) |
| ☐ Lead Paint | **CIVIL I/COMPLEX CIVIL** | ☐ Other |
| ☐ Legal Malpractice | ☐ Asbestos | **TAX SALE FORECLOSURE** |
| ☐ Motion/Application Regarding Arbitration Award | **MORTGAGE FORECLOSURE** | |
| | ☐ Non-Residential | ☐ Tax Sale Annual |
| ☐ Other - General Civil | ☐ Residential | ☐ Tax Sale Bid Off |

| VEHICLE | ☐ TRAFFIC ADJUDICATION APPEAL |
|---|---|
| ☐ Personal Injury | |
| ☐ Property Damage | ☐ REQUEST FOR FOREIGN JUDGMENT |

Signature: PRINCESS-CAY-El ccc 1-308
Filer/Attorney's Signature

Date: July 18, 2024

CV-496/February 2023

# PLAINTIFF

**PRINCESS-CAT-EL**

900 BRENTWOOD RD NE #91043

WASHINGTON, D.C. 20090

PHONE: (202) 351-7496

EMAIL: princess.cat-el@dc.gov

July 18, 2024

VS

LabCorp or related names LabCorp Holdings, LabCorp Inc...

69 First Ave
Raritan, NJ 08869

1904 T.W. Alexander Dr
Research Triangle Park, NC 27709

1120 Main Street
Southaven, MS 38671

7207 North Gessner
Houston, TX 77040

This case is being presented before the courts by PLAINTIFF MS. PRINCESS-CAT-EL against LabCorp in reference to Specimen #0058110453. I'm asking for Punitive Damages in the amount of $4,000,000. On Thursday July 9, 2024 I submitted a pre-employment alcohol and drug urinalysis for the District Department of Public Works. The breathalyzer was administered first. I passed. Directly following was the urinalysis drug testing. The signed paperwork explained that the following narcotics were being requested... THC, COC, PCP, OPI and AMP. The Collector Mr Sean Cherry witnessed me remove ALL items from my pockets, wash my

hands and he proceeded to send me inside of a bathroom containing only a toilet with royal blue water and tissue. He instructed me to not flush the toilet. Once I urinated inside of the specimen cup, I was to knock on the door and wait for him to let me out.

I'm a Class A Commercial Motor Vehicle Operator. It's a requirement that I am very familiar with. I received my CDL June 15, 2006. In 18 years of having my license, I have refrained from all narcotic drug use. I am not under any prescription medications. I have allergies in which I frequently take over-the-counter Mucinex Nasal Spray and Halls cough drops.

On Tuesday July 16, 2024 I received a call from a woman stating that she was calling about my results. She said that my test was inconclusive with blood in my urine from my menstrual cycle. I asked her what does my menstrual have to do with drugs.

I'm filing this suit because my human rights were violated. LabCorp violated the HIPAA Healthcare Act. Only 5 Narcotics were requested to be tested, and nothing further. LabCorp has put my career and CDL at jeopardy. After doing further research on this company, I found hundreds of complaints similar. (Citing) **UNITED STATES VS. LAB CORP OF AMERICA HOLDINGS UNITED STATES DISTRICT OF SOUTH CAROLINA DIVISION JUNE 15,2021 C/A NO. 9:14-3699-RMG (D.S.C. JUNE 15, 2021) for FALSE CLAIMS**. LABCORP has demonstrated a lack of integrity and has repeatedly made false claims to patients and consumers. A lot of people have lost their jobs and livelihoods. I refuse to be the next victim to this company, with a lossed career.